Argued and submitted February 10, affirmed March 11, 1998

In the Matter of the Compensation of
Javita Rivers, Claimant.

Javita RIVERS,
*Petitioner,*

*v.*

TRI-MET, INC.,
*Respondent.*

(95-01083; CA A97302)

951 P2d 1107

---

Donald E. Beer argued the cause for petitioner. With him on the brief was Popick & Merkel.

Travis L. Terrall argued the cause and filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Affirmed. *SAIF v. Walker*, 145 Or App 294, 930 P2d 230 (1996), *rev allowed* 325 Or 367 (1997).